UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Martinez S. Aytch, | 2:15-cv-0958-JAD-PAL |
| Plaintiff | |
| v. | Order Granting Motion to Extend Time for Response |
| Renee Baker, et al., | ECF No. 37 |
| Defendants | |

Plaintiff Martinez S. Aytch moves[1] for a 15-day extension of his deadline to respond to the defendants' Motion to Dismiss/Motion for Summary Judgment, filed on January 20, 2017.[2] Good cause appearing,

IT IS HEREBY ORDERED that Aytch's request for additional time **[ECF No. 37] is GRANTED.  Plaintiff must file his response to the Motion to Dismiss/Motion for Summary Judgment [ECF No. 32, 36] by February 28, 2017.**

DATED: February 7, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 37.

[2] ECF Nos. 32, 36.